# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN EMERICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Cause No. 3:13-cv-00018-DRH-PMF |
| v. | ) |
| | ) |
| LINCOLN TRAIL COLLEGE, | ) |
| ILLINOIS EASTERN COMMUNITY | ) |
| COLLEGES DISTRICT NO. 529, and | ) |
| BOARD OF TRUSTEES OF | ) |
| COMMUNITY COLLEGE DISTRICT | ) |
| NO. 529, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULES of CIVIL PROCEDURE 41(A)(i)

COMES NOW the Plaintiff Kevin Emerick through his counsel John J. Hopkins of John J. Hopkins & Associates, P.C., and pursuant to Federal Rules of Civil Procedure 41(A)(i), and presents his notice of Voluntary Dismissal.

In support, Plaintiff states as follows:

1) That none of the Defendants have filed an answer, nor Motions in opposition to the Plaintiff's complaint.

2) That the Plaintiff exercises herein his rights pursuant to Federal Rules of Civil Procedure 41(A)(i).

Respectfully submitted,

JOHN J. HOPKINS & ASSOCIATES, P.C.

/s/ John J. Hopkins
John J. Hopkins (#01258192)
500 E. 6th Street
P.O. Box 595
Alton, IL   62002
(618) 655-9600 Phone
(618) 655-9690 Fax
COUNSEL FOR PLAINTIFF