IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN EMERICK,

Plaintiff,

v.

LINCOLN TRAIL COLLEGE,
Et al.,

Defendants.                                         No. 13-0018-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is plaintiff's notice of voluntary dismissal (Doc. 6). Based on the notice, the Court **ACKNOWLEDGES** the voluntary dismissal and **DISMISSES without prejudice** this cause of action. The Court will close the file.

**IT IS SO ORDERED.**   Signed this 28th day of February, 2013.

Digitally signed by
David R. Herndon
Date: 2013.02.28
12:46:10 -06'00'

**Chief Judge**
**United States District Court**